**Order filed January 27, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00749-CV
_____

**MASON SENIOR, Appellant**

**V.**

**BEVERLY CUMMINGS, Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1047644**

## ORDER

The notice of appeal in this case was filed September 15, 2014. The clerk responsible for preparing the record notified this court that appellant had not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. On January 7, 2015, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to file the clerk's record with the clerk of this court on or before February 12, 2015. *See* Tex. R. App. P. 35.3(c). If appellant fails to file the clerk's record in accordance with this order, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).


PER CURIAM